737 A.2d 681

IN THE MATTER OF EMIL T. RESTAINO,
AN ATTORNEY AT LAW.

September 28, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **EMIL T. RESTAINO** of **RANDOLPH,** who was admitted to the bar of this State in 1984, and who was suspended from the practice of law for a period of two years effective January 1, 1996, by Order of this Court dated November 30, 1995,

be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent shall practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until further Order of the Court.